Asset Acceptance LLC
PO Box 2036
Warren, Mi. 48090-2036


Capital One, N.A.
275 Broadhollow Road
Melville, NY 11747

Capital One, N.A.
3939 West John Carpenter Parkway
Irving, Texas   75063

CitiCards
PO Box 182564
Columbus, Oh 43218

Internal Revenue Service
ACS Support
PO Box 57
Bensalem, Pa. 19020-0057

Village Justice Court
Inc. Village of Great Neck Plaza
Gussack Plaza
PO Box 440
Great Neck, NY 11022

KeyBank National Association
4910 Tiederman Road
Brooklyn, Ohio 44144

Kohl's
PO Box 2983
Milwaukee, WI 53201

Lake Success Village Court
15 Vanderbilt Drive
Lake Success, NY  11020

Nassau County Traffic and Parking Violations Agency
16 Cooper Street
Hempstead, NY 11550

NYS Department of Taxation and Finance
Central Office
W.A. Harriman Campus
Albany, NY 12227-0171

North Shore University Hospital
972 Brushhollow Road
Westbury, NY 11590

Poland Spring Water
6661 Dixie Highway
Suite 4
Louisville, Ky. 40258

-