UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

In re

                                     Case No. 10-70336
      PAYAND HAKIMIAN,         Chapter 7

                       Debtor.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 USC 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that the compensation paid to me within one year before the filing of the petition, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . $1,000.00

    Prior to the filing of this statement I have received . . . . . . . . . .    0.00

    Balance due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1,000.00

2. The source of compensation to be paid to me will be third party.

3. I have not agreed to share the above-disclosed compensation with any other person.

4. In return for the above-disclosed fee, I have agreed to render legal services which include:

    a. analysis of the debtor's financial situation, and rendering advice to the
       the debtor to determine whether to file a petition under Title 11;

    b. preparation and filing of any petition, schedules, statement of financial
       affairs, required forms and any amendments;

    c. representation of the debtor as the meeting of creditors and any adjourned
       date.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement of arrangement for payment to me for representation of the Debtor in this matter.

Dated:  March 3, 2010

Signature of Attorney:    /ss/   James O. Guy, Esquire [JG-2845]

Name of Law Firm:         James O. Guy, Esquire
                          49 Spice Mill Boulevard
                          Clifton Park, NY 12065
                          518.320.7136
                          518.320.7137 (facsimile)